**Exhibit A to Short Form Complaint in** *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Stevenson, Lashunda M | 7/15/1976 | OK | Western District of Oklahoma | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 2. | Stevenson, Maria | 4/24/1955 | NC | Western District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 3. | Steward, Celene | 10/10/1956 | AL | Middle District of Alabama | No | Yes | No | Thyroid Disease | Counts I-XI |
| 4. | Steward, Johntesh | 4/11/1982 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 5. | Steward, Stephanie | 5/1/1975 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 6. | Stewart, Alvin | 2/4/1958 | FL | Southern District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 7. | Stewart, Charles | 1/15/1971 | WV | Northern District of West Virginia | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 8. | Stewart, George | 9/17/1948 | NC | Western District of North Carolina | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 9. | Stewart, Sean | 4/5/1971 | MS | Northern District of Mississippi | No | Yes | No | Thyroid Disease | Counts I-XI |
| 10. | Stewart, Shanda | 11/18/1966 | GA | Middle District of Georgia | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 11. | Stewart, Stanley | 6/19/1965 | AL | Middle District of Alabama | No | Yes | No | Thyroid Disease | Counts I-XI |
| 12. | Stewart, Steven | 2/10/1974 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 13. | Stewart, Tymara | 4/16/1964 | KS | District of Kansas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 14. | Stewart, William | 1/20/1959 | GA | Middle District of Georgia | No | Yes | No | Kidney Cancer | Counts I-XI |
| 15. | St Germain, Christene | 6/17/1989 | MT | District of Montana | No | Yes | No | Thyroid Disease | Counts I-XI |
| 16. | Stickley, Mary J | 6/20/1953 | WV | Northern District of West Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 17. | Stinnett, Walter | 1/22/1963 | KY | Western District of Kentucky | No | Yes | No | Thyroid Disease | Counts I-XI |
| 18. | Stipkovich, Christopher | 1/11/1970 | TN | Western District of Tennessee | No | Yes | No | Thyroid Disease | Counts I-XI |
| 19. | Stock, Sally J | 8/28/1981 | IA | Southern District of Iowa | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 20. | Stogner, James | 8/25/1952 | IL | Northern District of Illinois | No | Yes | No | Testicular Cancer | Counts I-XI |
| 21. | Stokes, Kevin | 8/9/1970 | FL | Southern District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 22. | Stone, Gina | 5/28/1981 | WV | Northern District of West Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 23. | Stone, Tamara As Representative of the Estate of Stone, Richard | 11/24/1956 | MI | Eastern District of Michigan | Yes | Yes | No | Kidney Cancer, Liver Cancer, and Ulcerative Colitis | Counts I-XI |
| 24. | Stoneman, Michele | 10/1/1969 | WI | Eastern District of Wisconsin | No | Yes | No | Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 25. | Storey, Brad | 6/13/1953 | WI | Eastern District of Wisconsin | No | Yes | No | Thyroid Disease | Counts I-XI |
| 26. | Stork, Phillip | 12/10/1958 | MS | Northern District of Mississippi | No | Yes | No | Thyroid Disease | Counts I-XI |
| 27. | Stotler, Charlotte | 10/12/1963 | MD | District of Maryland | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 28. | Stout, Jackie | 4/24/1953 | OH | Southern District of Ohio | No | Yes | No | Thyroid Disease | Counts I-XI |
| 29. | Stowell, Charylene L | 2/17/1961 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 30. | Stowers, Earl | 11/9/1973 | AR | Eastern District of Arkansas | No | Yes | No | Thyroid Cancer, Thyroid Disease | Counts I-XI |
| 31. | Strain, Matthew D | 10/16/1970 | NE | District of Nebraska | No | Yes | No | Kidney Cancer | Counts I-XI |
| 32. | Strakosch, Doris | 3/24/1945 | NY | Eastern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 33. | Strang, Andrea | 3/9/1974 | FL | Southern District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 34. | Stratton, Mark | 9/4/1961 | TN | Western District of Tennessee | No | Yes | No | Thyroid Disease | Counts I-XI |
| 35. | Streer, Sunny | 3/31/1982 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 36. | Strickland, Jennifer | 7/6/1983 | AL | Middle District of Alabama | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 37. | Strickland, Ronnie | 1/24/1961 | NV | District of Nevada | No | Yes | No | Thyroid Disease | Counts I-XI |
| 38. | Stringer, Heather | 7/20/1972 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-XI |
| 39. | Stringfellow, Cherise | 6/15/1972 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease | Counts I-XI |
| 40. | Stringfield, Jerald As Representative of the Estate of Stringfield, Sabrina | 12/13/1976 | FL | Southern District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 41. | Stringfield, Robert | 2/15/1957 | AR | Eastern District of Arkansas | No | Yes | No | Liver Cancer, and Ulcerative Colitis | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 42. | Stroman, Glen | 10/1/1960 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 43. | Strouth, Brian J | 4/22/1971 | KY | Western District of Kentucky | Yes | Yes | No | Ulcerative Colitis | Counts I-XI |
| 44. | Struble, Christopher | 7/21/1949 | VA | Eastern District of Virginia | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 45. | Strydom, Dawn | 12/11/1976 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 46. | Stuart, Sandra | 7/10/1965 | CA | Southern District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 47. | Stubbs, Keiana As Representative of the Estate of Freeman, Esther | 5/23/1968 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 48. | Stuck, Marry As Representative of the Estate of Stuck, Scott N | 7/9/1960 | PA | Eastern District of Pennsylvania | No | Yes | No | Liver Cancer | Counts I-XI |
| 49. | Stuecker, Mary | 6/8/1946 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 50. | Stump, Jennifer | 6/20/1971 | AZ | District of Arizona | No | Yes | No | Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 51. | Sturgeon, Joe As Representative of the Estate of Barrientes, Isaac | 11/16/1982 | AZ | District of Arizona | No | Yes | No | Liver Cancer | Counts I-XI |
| 52. | Sturgill, Heather | 11/28/1969 | OR | District of Oregon | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 53. | Sturm Jr, Edward J As Representative of the Estate of Sturm, Edward | 10/27/1970 | CT | District of Connecticut | No | Yes | No | Testicular Cancer | Counts I-XI |
| 54. | Stypula, Daniel | 9/12/1967 | WI | Eastern District of Wisconsin | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 55. | Sullivan, John | 1/14/1970 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 56. | Sullivan Jr, Thomas | 9/25/1946 | MA | District of Massachusetts | No | Yes | No | Liver Cancer | Counts I-XI |
| 57. | Sullivan, Marilyn | 12/25/1953 | AL | Middle District of Alabama | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 58. | Sullivan, Wesley | 2/18/1958 | FL | Southern District of Florida | No | Yes | No | Testicular Cancer | Counts I-XI |
| 59. | Sully-Ameris, Marie | 5/4/1973 | NY | Eastern District of New York | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 60. | Sumlin, Ella | 2/10/1934 | MO | Eastern District of Missouri | No | Yes | No | Thyroid Disease | Counts I-XI |
| 61. | Summers, Kathleen | 2/13/1949 | AZ | District of Arizona | No | Yes | No | Thyroid Disease | Counts I-XI |
| 62. | Sumpter, Anna | 12/4/1952 | OK | Western District of Oklahoma | No | Yes | No | Thyroid Disease | Counts I-XI |
| 63. | Surber, Angela | 4/12/1978 | TX | Western District of Texas | Yes | Yes | No | Thyroid Disease | Counts I-XI |
| 64. | Surgers, Jessie E | 5/16/1952 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 65. | Surillo, Nelson | 1/20/1959 | FL | Southern District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 66. | Surles, Carley L | 5/8/1964 | GA | Middle District of Georgia | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 67. | Sutton, Keiko | 6/18/1956 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-XI |
| 68. | Sutton, Lillian | 2/28/1955 | GA | Middle District of Georgia | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 69. | Sutton, Maranda | 7/29/1980 | SC | District of South Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 70. | Sutton, Richard | 7/11/1952 | OK | Western District of Oklahoma | No | Yes | No | Thyroid Disease | Counts I-XI |
| 71. | Svatek, MaryBeth | 5/16/1962 | AL | Middle District of Alabama | No | Yes | No | Thyroid Disease | Counts I-XI |
| 72. | Sveinsson, Michele | 7/19/1988 | NY | Eastern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 73. | Swanderski, Amy | 3/24/1962 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-XI |
| 74. | Swanson, Cassandra | 9/19/1986 | ND | District of North Dakota | No | Yes | No | Thyroid Disease | Counts I-XI |
| 75. | Swearingen, Gaynelle | 9/19/1967 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 76. | Sweat, Cheryl | 7/15/1955 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 77. | Sweatt, Rebecca | 9/14/1958 | OH | Southern District of Ohio | No | Yes | No | Liver Cancer, Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 78. | Sweet, Jodi | 7/20/1963 | NY | Eastern District of New York | No | Yes | No | Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 79. | Sweitzer, Laurie | 5/16/1961 | MI | Eastern District of Michigan | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 80. | Swick, Suzanne | 5/21/1950 | CA | Southern District of California | No | Yes | No | Liver Cancer | Counts I-XI |
| 81. | Swinson, Ernest | 6/14/1944 | MN | District of Minnesota | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 82. | Swissler, Mary | 9/18/1961 | WI | Eastern District of Wisconsin | No | Yes | No | Thyroid Disease | Counts I-XI |
| 83. | Sykes, Lakisha | 8/2/1974 | NC | Western District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 84. | Sylvester, Jane | 11/28/1960 | NH | District of New Hampshire | No | Yes | No | Liver Cancer | Counts I-XI |
| 85. | Sylvester, William | 4/14/1976 | AR | Eastern District of Arkansas | No | Yes | No | Ulcerative Colitis | Counts I-XI |

| # | Name | DOB | State | District | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 86. | Synmoie, Jason | 4/24/1987 | FL | Southern District of Florida | No | Yes | No | Testicular Cancer | Counts I-XI |
| 87. | Synon, David | 11/14/1965 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 88. | Taber, Dana | 12/8/1960 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 89. | Tabisola, Eulogio | 3/16/1965 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 90. | Tabler, Robert | 4/9/1957 | CA | Southern District of California | No | Yes | No | Liver Cancer | Counts I-XI |
| 91. | Tackett, Chasity | 4/6/1984 | WV | Northern District of West Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 92. | Tadlock, James F | 11/19/1954 | NV | District of Nevada | No | Yes | No | Thyroid Disease | Counts I-XI |
| 93. | Tafaro Jr, Frank | 5/3/1952 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer | Counts I-XI |
| 94. | Taft, Andre | 8/26/1970 | CA | Southern District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 95. | Tagel, Michelle | 3/31/1971 | NE | District of Nebraska | No | Yes | No | Thyroid Disease | Counts I-XI |
| 96. | Taliaferro, Christopher | 11/6/1962 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 97. | Taliaferro, Lisa | 3/7/1961 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 98. | Talik, Michael | 5/19/1941 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer, Testicular Cancer | Counts I-XI |
| 99. | Tall, Dericson | 4/7/1966 | VA | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 100. | Tallart, Sylvia | 11/26/1960 | GA | Middle District of Georgia | No | Yes | No | Liver Cancer | Counts I-XI |
| 101. | Tamayo, Richard | 9/17/1964 | CA | Southern District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 102. | Tamraz, Sean | 7/8/1987 | NY | Eastern District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 103. | Tangjian, Edward H | 4/1/1959 | HI | District of Hawaii | No | Yes | No | Thyroid Disease | Counts I-XI |
| 104. | Tannenbaum, Cindy | 3/4/1963 | CA | Southern District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 105. | Tanner, Elias | 7/19/1991 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-XI |
| 106. | Tarr, Yolanda | 9/23/1976 | CA | Southern District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 107. | Tascon, Augusto J | 10/5/1980 | NJ | District of New Jersey | No | Yes | No | Thyroid Disease | Counts I-XI |
| 108. | Tate, Nadalea | 8/9/1969 | CA | Southern District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 109. | Tatro, Diana | 1/24/1968 | LA | Eastern District of Louisiana | No | Yes | No | Liver Cancer, and Ulcerative Colitis | Counts I-XI |
| 110. | Tatum, Melanie | 3/30/1983 | NC | Western District of North Carolina | No | Yes | No | Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 111. | Tatum-Saunders, Teressa | 8/22/1967 | NC | Western District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 112. | Tavares, Mario | 7/11/1989 | MA | District of Massachusetts | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 113. | Taylor, Albert | 8/25/1972 | TN | Western District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 114. | Taylor, Angela | 11/7/1973 | IL | Northern District of Illinois | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 115. | Taylor, Brandon | 11/6/1976 | WA | Western District of Washington | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 116. | Taylor, Danny Howard | 11/16/1962 | MS | Northern District of Mississippi | No | Yes | No | Thyroid Disease | Counts I-XI |
| 117. | Taylor, Diana | 3/28/1982 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease | Counts I-XI |
| 118. | Taylor, Doreen | 9/11/1959 | OH | Southern District of Ohio | No | Yes | No | Thyroid Disease | Counts I-XI |
| 119. | Taylor, Emily | 1/15/1985 | WA | Western District of Washington | No | Yes | No | Thyroid Disease | Counts I-XI |
| 120. | Taylor, Francine D As Representative of the Estate of Beamon, JerriAnn | 8/19/1962 | CA | Southern District of California | No | Yes | No | Liver Cancer | Counts I-XI |
| 121. | Taylor, Harold | 5/29/1968 | OK | Western District of Oklahoma | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 122. | Taylor, Johnny | 12/11/1964 | AL | Middle District of Alabama | No | Yes | No | Liver Cancer, and Thyroid Disease | Counts I-XI |
| 123. | Taylor, Joseph R | 10/6/1965 | NC | Western District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 124. | Taylor Jr, Dock | 5/1/1954 | AL | Middle District of Alabama | No | Yes | No | Thyroid Disease | Counts I-XI |
| 125. | Taylor, Mekala | 1/11/1990 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 126. | Taylor, Mia | 5/12/1986 | UT | District of Utah | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 127. | Taylor, Michael | 1/29/1965 | CA | Southern District of California | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 128. | Taylor, Micheal | 5/10/1950 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 129. | Taylor, Nichelle | 2/18/1980 | GA | Middle District of Georgia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 130. | Taylor, Patrick As Representative of the Estate of Gillis, Brooke | 7/17/1979 | AL | Middle District of Alabama | No | Yes | No | Kidney Cancer | Counts I-XI |
| 131. | Taylor, Robert | 2/8/1956 | AL | Middle District of Alabama | No | Yes | No | Thyroid Disease | Counts I-XI |
| 132. | Taylor, Sabrina | 2/15/1956 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 133. | Taylor, Samantha | 6/13/1975 | SC | District of South Carolina | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 134. | Teague, Ronald G | 7/6/1969 | AR | Eastern District of Arkansas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 135. | Tedford, Terry | 4/19/1956 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 136. | Teller, Stephen | 8/14/1950 | NV | District of Nevada | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 137. | Tellier, Koriand'R | 7/29/1992 | NC | Western District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 138. | Temull-Wyke, Camille As Representative of the Estate of Wyke, Kurt | 12/9/1959 | NC | Western District of North Carolina | No | Yes | No | Kidney Cancer, Ulcerative Colitis | Counts I-XI |
| 139. | Temull-Wyke, Camille | 8/5/1965 | NC | Western District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 140. | Tennant, Jamie | 3/19/1985 | NC | Western District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 141. | Terhune, Jonathan | 3/4/1998 | WA | Western District of Washington | No | Yes | No | Thyroid Disease | Counts I-XI |
| 142. | Terminiello, Deanna | 11/1/1973 | MA | District of Massachusetts | No | Yes | No | Thyroid Disease | Counts I-XI |
| 143. | Ternus, Karmel | 8/29/1966 | CA | Southern District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 144. | Terrell, Danyele | 7/8/1967 | CA | Southern District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 145. | Terry, Colleen | 7/15/1969 | VA | Eastern District of Virginia | No | Yes | No | Kidney Cancer | Counts I-XI |
| 146. | Terry, Paige | 8/28/1979 | MO | Eastern District of Missouri | No | Yes | No | Thyroid Disease | Counts I-XI |
| 147. | Tesla, Barbara | 1/10/1959 | NC | Western District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 148. | Teston, Mary | 11/20/1946 | SC | District of South Carolina | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 149. | Teter, Heather | 11/13/1984 | OH | Southern District of Ohio | No | Yes | No | Thyroid Disease | Counts I-XI |
| 150. | Thame, Sheri | 11/17/1965 | CT | District of Connecticut | No | Yes | No | Thyroid Cancer | Counts I-XI |